UNITED STATES DISTRICT COURT
DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff, | )<br>)<br>) |
| v. | )<br>) CAUSE NO.  4:07CR00028-02 GTE |
| AMANDA JEAN HART,<br>  Judgment Defendant, | )<br>)<br>) |
| RDM CABINETS,<br>  Garnishee Defendant. | )<br>)<br>)<br>)<br>)<br>) |

**AGREED FINAL ORDER IN GARNISHMENT**

The parties, the United States of America, plaintiff; the judgment defendant, Amanda Jean Hart; and the garnishee defendant, RDM Cabinets, agree and stipulate as follows:

1. The judgment defendant's name is Amanda Jean Hart, her Social Security Number is xxx-xx-2542, and her last known address is: 523 Plaza Drive, Trumann, Arkansas 72472.

2. A Judgment was entered against the judgment defendant, Amanda Jean Hart, in this action in the amount of $ 5,460.81.  The total balance due on the Judgment is $5,410.81, as of April 7, 2009.

3. The garnishee defendant, RDM Cabinets, has, in its possession, custody or control, property of the judgment defendant in the form of wages paid to the judgment defendant Amanda Jean Hart.

4. The judgment defendant, Amanda Jean Hart, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives her right to a hearing under the section 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5. The garnishee defendant, RDM Cabinets, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives its rights to answer and be heard in this matter and waives any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. The judgment defendant, Amanda Jean Hart, agrees and stipulates that her wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a final order in garnishment against the nonexempt wages of the judgment defendant, Amanda Jean Hart.

It is expressly agreed and stipulated to, by the parties, that the garnishee defendant, RDM Cabinets, shall pay into the hands of the United States Attorney, ten percent (10%)

of judgment defendant's disposable earnings **until supervision expires. When supervision expires, the statutory 25% should be withheld** pursuant to 15 U.S.C. § 1673(a). **The United States will notify the garnishee when 25% need to be withheld.**

To calculate disposable earnings, subtract the following from wages, commissions, and income:

1. Federal Income Tax
2. Federal Social Security Tax;
3. Arkansas Income Tax;

8. The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause upon which there is an unpaid balance of $5,410.81 as of April 7, 2009.

These deductions are to continue until the unpaid balance, is fully paid and satisfied.

Checks should be made payable to:

U.S. District Court Clerk

and mailed to:

Clerk of the Court
600 W. Capitol Avenue, Suite A149
Little Rock, AR  72201

9. This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully Submitted

Jane W. Duke
United States Attorney

By: Richard M. Pence, Jr.
Assistant United States Attorney
Arkansas Bar Number 69059
Attorney for the United States
P.O. Box 1229
Little Rock. AR 72203
Telephone: 501-340-2600
E-mail: Richard.Pence@usdoj.gov

Amanda Jean Hart
Judgment Defendant

RDM Cabinets
Garnishee

APPROVED AND SO ORDERED this 24th day of April, 2009.

_____         _____
Date                              G. Thomas Eisele
                                  Judge, United States District Court

Copies to:

Richard M. Pence, Jr.
Assistant U.S. Attorney
Attorney for the United States
P.O. Box 1229
Little Rock, AR 72203

Jay Hudson
U.S. Probation Office
321 Federal Building
615 South Main Street
Jonesboro, AR 72401
for Judgment Defendant
Amanda Jean Hart

Garnishee Defendant
RDM Cabinets
Att: Donna Heard
P.O. Box 855
Trumann, AR 72472